# EXHIBIT 2

# METLIFE U.S. CONSUMER PRIVACY NOTICE — GROUP BUSINESS & SPECIALIZED BENEFIT RESOURCES

| Facts: | What Do the MetLife Companies Do With Your Personal Information? |
|---|---|
| Plan Sponsors and Group Insurance Contract Holders | This privacy notice is for individuals who apply for or obtain our products and services under an employee benefit plan, group insurance or annuity contract, or as an executive benefit. In this notice, "you" refers to these individuals. |
| Why? | Financial companies choose how they share your personal information. The law gives consumers the right to limit some but not all sharing. The law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and employment information   • income and assets   • driving record<br>• credit information and other consumer report information<br>• medical information and insurance history<br>• information about any business you have with us, our affiliates, or other companies |
| How Does MetLife Get Your Information? | We collect personal information from you as well as through third parties. We also use outside sources to help ensure our records are correct and complete. Third parties include consumer reporting agencies, employers, other financial institutions and adult relatives. Information collected may be kept by the consumer reporting agency and later given to others as permitted by law. We don't control the accuracy of information outside sources give us. If you want to make changes to information we receive about you, you must contact those sources. If we have asked for a consumer report about you, and you write or call us, we will give you the name, address, and phone number of the consumer reporting agency. The agency will give you a copy of the report, if you ask the agency and provide proper identification. Consumer reports may tell us about a lot of things, including:<br>• reputation            • work history                          • driving record<br>• finances              • hobbies and dangerous activities<br>In some limited circumstances, we may ask an agency for an investigative report about you. They will ask others about you. We will ask them to contact you as well. |
| How Does MetLife Use Your Information? | We collect personal information to help decide if you're eligible for our products or services. We may also use it to help deter fraud or money laundering. How we use this information depends on what products and services you have or want from us. We may also use it to:<br>• administer your products and services        • market new products to you<br>• confirm or correct your information          • help us run our business<br>• process claims and other transactions        • comply with applicable laws<br>• perform business research |
| How Does MetLife Protect Your Information? | We take important steps to protect your personal information. We treat it as confidential. We tell our employees to take care in handling it. We limit access to those who need it to perform their jobs. Our service providers must also protect it, and use it only to meet our business needs. We take steps to protect our systems from unauthorized access. We comply with all laws that apply to us. |
| Reasons MetLife Shares Your Information | All financial companies need to share personal information to run their everyday business. We may share your personal information with others with your consent, by agreement, or as permitted or required by law. We may share your personal information without your consent if permitted or required by law. For example, we may share your information with our sales agents and businesses hired to carry out services for us. We may share your information with our regulators or with law enforcement. If you have MetLife products because of your relationship with an employer, association or other sponsoring organization, we may share information with it and its agents as permitted by law. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons MetLife chooses to share; and whether you can limit this sharing. |

| Reasons We Can Share Your Personal Information | Does MetLife share?* | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, learn if you qualify for coverage, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** – with service providers we use to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | Not Applicable |
| **For our affiliates' everyday business purposes** – Information about your transactions and experiences | No | Not Applicable |
| **For our affiliates' everyday business purposes** – Information about your credit worthiness | No | Not Applicable |
| **For our affiliates to market to you** | No | Not Applicable |
| **For non-affiliates to market to you** | No | Not Applicable |

| | |
|---|---|
| **How Does MetLife Handle Your Health Information?** | The Health Insurance Portability and Accountability Act ("HIPAA") protects your information if you request or purchase dental, vision, long-term care and/or medical insurance from us. We will provide information about your rights under HIPAA with any dental, vision, long- term care or medical coverage issued to you. You can obtain a copy of our HIPAA Privacy Notice by visiting our website at www.MetLife.com. Select "Privacy Policy" at the bottom of the home page. For additional information about your rights under HIPAA or to have a HIPAA Privacy Notice mailed to you, contact us at HIPAAprivacyAmericasUS@metlife.com, or call us at (212) 578-0299. |
| **Definitions:** | |
| **Affiliates** | Companies related by common ownership or control. Affiliates can be financial or nonfinancial companies. Our affiliates include life insurers, a legal plans company and a securities broker-dealer. In the future, we may have affiliates in other businesses. |
| **Non-affiliates** | Companies not related by common ownership or control. Non-affiliates can be financial or nonfinancial companies. MetLife does not share personal information with non-affiliates for their marketing purposes. |
| **Joint Marketing** | A formal agreement between non-affiliated financial companies that together market financial products or services to you. |
| **How Can I Access and Correct Information?** | |
| You may ask us for a copy of the personal information we have on you. We will provide it as long as it is reasonably locatable and retrievable. You must make your request in writing and provide the account or policy number associated with the information you wish to access. For legal reasons, we may not show you privileged information relating to a claim or lawsuit, unless required by law. If you tell us that what we know about you is incorrect, we will review it. If we agree, we will update our records. Otherwise, you may dispute our findings in writing. We will include your statement whenever we give your disputed information to anyone outside MetLife. | |
| **Who is Providing This Notice?** | Delaware American Life Insurance Company    Metropolitan Life Insurance Company<br>MetLife Legal Plans of Florida, Inc.    Metropolitan Tower Life Insurance Company<br>MetLife Legal Plans, Inc.    Safeguard Health Plans, Inc.<br>MetLife Health Plans, Inc.    SafeHealth Life Insurance Company<br>Metropolitan General Insurance Company<br>MetLife Services and Solutions, LLC as administrator for the Prudential Insurance Company of America; Business Men's Assurance Company of America; Employer's Reinsurance Corporation; and Teachers Insurance and Annuity Association of America |
| **How Will I Know if This Notice is Changed?** | We may revise this privacy notice at anytime. If we make material changes, we will notify you as required by law. |
| **Questions?** | Send privacy questions or requests for more information to: MetLife Privacy Office, P.O. Box 489, Warwick, RI 02887-9954; Call (877) 638-7684 or go to www.metlife.com |

*Information we collect in connection with HIPAA-covered products will only be shared as allowed by HIPAA.

© 2019 MetLife Services and Solutions, LLC

CPN-AGN (11/21)
JZ2070.SCR (05/22)

