# EXHIBIT 4



DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY
COURTHOUSE, 14735 MAIN ST(C) 0502
UPPER MARLBORO MD 20772-3042

CASE NUMBER: 2E00731705

TO: HOBSON, BARRY
9623 REIKER DR
UPPER MARLBORO MD 20774



STATE OF MARYLAND VS. HOBSON, BARRY

SUMMONS

YOU ARE HEREBY SUMMONED TO APPEAR AS DEFENDANT ON JULY 27, 2022 AT 02:15 PM. THE LOCATION OF THE TRIAL IS ROOM 262B, COURTHOUSE, 14735 MAIN ST, UPPER MARLBORO, MD.

FAILURE TO OBEY THIS SUMMONS MAY RESULT IN YOUR BEING CHARGED WITH CONTEMPT OF COURT AND BEING TAKEN INTO CUSTODY UNDER A WARRANT OR BODY ATTACHMENT.

BY: ROBERT PRENDER        DATE: 04/20/22
    (CLERK)

FOR QUESTIONS CONCERNING THIS DOCUMENT TELEPHONE (301) 298-4000.

TTY USERS CALL MARYLAND RELAY SERVICE AT 1-800-735-2258 OR 711.

ANY REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES SHOULD BE REQUESTED BY CONTACTING THE COURT IMMEDIATELY.

**POSSESSION AND USE OF CELL PHONES AND OTHER ELECTRONIC DEVICES MAY BE LIMITED OR PROHIBITED IN DESIGNATED AREAS OF THE COURT FACILITY.**

1100002990
0000299A                U          TRACKING NUMBER: 22-1001-12210-1



DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY
COURTHOUSE, 14735 MAIN ST(C)                                  0502
UPPER MARLBORO    MD 20772-3042

CASE NUMBER: 2E00731705

TO: HOBSON, BARRY
    9623 REIKER DR
    UPPER MARLBORO    MD 20774



**STATE OF MARYLAND VS. HOBSON, BARRY**

POSTPONEMENT

YOU ARE HEREBY NOTIFIED THAT THE TRIAL DATE OF JULY 27, 2022, AT 02:15 FOR THE ABOVE CASE HAS BEEN POSTPONED. YOU WILL RECEIVE FURTHER NOTIFICATION WHEN A NEW TRIAL DATE HAS BEEN SCHEDULED.

BY: ROBERT PRENDER        DATE: 04/28/22
    (CLERK)

FOR QUESTIONS CONCERNING THIS DOCUMENT TELEPHONE (301) 298-4000.

TTY USERS CALL MARYLAND RELAY SERVICE AT 1-800-735-2258 OR 711.

ANY REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES SHOULD BE REQUESTED BY CONTACTING THE COURT IMMEDIATELY.

**POSSESSION AND USE OF CELL PHONES AND OTHER ELECTRONIC DEVICES MAY BE LIMITED OR PROHIBITED IN DESIGNATED AREAS OF THE COURT FACILITY.**

1100002780
0000278A            P        TRACKING NUMBER:22-1001-12210-1



DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY
COURTHOUSE, 14735 MAIN ST(C)     0502
UPPER MARLBORO    MD 20772-3042

CASE NUMBER: 3E00731706

TO: HOBSON, BARRY
9623 REIKER DRIVE
UPPER MARLBORO    MD 20774



STATE OF MARYLAND VS. HOBSON, BARRY

SUMMONS

YOU ARE HEREBY SUMMONED TO APPEAR AS DEFENDANT ON JULY 27, 2022 AT 02:15 PM. THE LOCATION OF THE TRIAL IS ROOM 262B, COURTHOUSE, 14735 MAIN ST, UPPER MARLBORO , MD.

FAILURE TO OBEY THIS SUMMONS MAY RESULT IN YOUR BEING CHARGED WITH CONTEMPT OF COURT AND BEING TAKEN INTO CUSTODY UNDER A WARRANT OR BODY ATTACHMENT.

BY: ROBERT PRENDER          DATE: 04/20/22
(CLERK)

FOR QUESTIONS CONCERNING THIS DOCUMENT TELEPHONE (301) 298-4000.

TTY USERS CALL MARYLAND RELAY SERVICE AT 1-800-735-2258 OR 711.

ANY REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES SHOULD BE REQUESTED BY CONTACTING THE COURT IMMEDIATELY.

**POSSESSION AND USE OF CELL PHONES AND OTHER ELECTRONIC DEVICES MAY BE LIMITED OR PROHIBITED IN DESIGNATED AREAS OF THE COURT FACILITY.**

1100002941
0000294A          U          TRACKING NUMBER:22-1001-01242-2



DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY
COURTHOUSE, 14735 MAIN ST(C)                                    0502
UPPER MARLBORO    MD 20772-3042

CASE NUMBER: 3E00731706

TO: HOBSON, BARRY
9623 REIKER DRIVE
UPPER MARLBORO    MD 20774



STATE OF MARYLAND   VS.   HOBSON, BARRY

POSTPONEMENT

YOU ARE HEREBY NOTIFIED THAT THE TRIAL DATE OF JULY    27, 2022, AT 02:15 FOR THE ABOVE CASE HAS BEEN POSTPONED. YOU WILL RECEIVE FURTHER NOTIFICATION WHEN A NEW TRIAL DATE HAS BEEN SCHEDULED.

BY: ROBERT PRENDER          DATE: 04/28/22
    (CLERK)

FOR QUESTIONS CONCERNING THIS DOCUMENT TELEPHONE (301) 298-4000.

TTY USERS CALL MARYLAND RELAY SERVICE AT 1-800-735-2258 OR 711.

ANY REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES SHOULD BE REQUESTED BY CONTACTING THE COURT IMMEDIATELY.

**POSSESSION AND USE OF CELL PHONES AND OTHER ELECTRONIC DEVICES MAY BE LIMITED OR PROHIBITED IN DESIGNATED AREAS OF THE COURT FACILITY.**

1100002880
   0000288A              P         TRACKING NUMBER:22-1001-01242-2




# DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 3E00731706

**STATE OF MARYLAND VS. HOBSON, BARRY**
9623 REIKER DRIVE
UPPER MARLBORO, MD 20774-0000

CC#:                SID:
LID:                 DL#:
Race: 1   Sex: M   Ht: 5' 6"   Wt: 165   Hair: BLK   Eyes: BRN
DOB: 04/04/1982   Home phone:      Cellphone:

**Charge | Statute | Arrest**
HARASS; A COURSE OF CONDUCT | CR 3 803 |

( ) COURT ORIGINAL
( ) STATE ATTY COPY
(X) DEFENDANT COPY
( ) FOLDER COPY
( ) COMPLAINANT COPY

## CRIMINAL SUMMONS ON CHARGING DOCUMENT

STATE OF MARYLAND, Prince George's County, to wit:

**To the defendant:**
YOU ARE SUMMONED AND COMMANDED to appear for a Trial/Hearing on a date to be set by the Clerk to answer the charge(s) lodged against you in the charging document attached hereto.

**NOTICE TO DEFENDANT:** If you fail to appear at the place, time and date set forth above, a warrant for your arrest may be issued. If you change your name, address, or telephone number, you must notify the court at the above location prior to the hearing/trial date. To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. **TTY users call Maryland RELAY: 711.** Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

Date: 03/10/2022      Judge/Commissioner/Clerk: _____ ID: 5221
Given to: PRINCE GEORGE'S CO. SHERIFF'S DEPT.

**NOTICE TO OFFICER:** If not served by 04/08/2022, return to the Court.

### ACKNOWLEDGEMENT

I acknowledge receipt of a copy of this Summons and Charging Document and hereby promise to appear in the District Court as directed by the Summons. I understand that acceptance of this Summons is not an admission of guilt but that my failure to appear at the place, time and date herein set forth will result in the issuance of a warrant for my arrest.

Date:_____    Signature of Defendant:_____

### RETURN OF SERVICE

☐ I certify that I delivered a copy of this Summons and Charging Document to the defendant personally at
_____ o'clock ___ M. on _____ at _____
                         Date                Place

☐ I certify that the defendant could not be found.

☐ I certify that I personally attempted to deliver a copy of this Summons and Charging Document to the defendant, but they refused to accept and/or sign a receipt for the document(s).

_____      _____
*Signature of Issuing Officer*                                  *Officer's Title*

_____
*Printed Name of Officer*

_____      _____
*Date*                                                 *Agency, Sub Agency, I.D.*

**DC-CR-005 (Rev. 05/2021)**      Tracking No. 221001012422




## DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 3E00731706

**STATE OF MARYLAND VS. HOBSON, BARRY**
9623 REIKER DRIVE
UPPER MARLBORO, MD 20774

**COMPLAINANT:**
JACKSON, TONYA

CC#: SID:
LID: DL#:
Race: 1  Sex: M  Ht: 5' 6"  Wt: 165  Hair: BLK  Eyes: BRN
DOB: 04/04/1982  Home phone:  Cellphone:

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF JACKSON, TONYA IT IS FORMALLY CHARGED THAT HOBSON, BARRY at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 1 0191 | CR 3 803 | 90 D &/or $500.00 | HARASS; A COURSE OF CONDUCT<br>On or About 03/05/2022<br>9623 REIKER DR, UPPER MARLBORO,<br>PRINCE GEROGE'S COUNTY, MARYLAND 20774<br>... did without a legal purpose, maliciously engage in a course of conduct that seriously annoyed Tonya Jackson, with intent to harass Tonya Jackson, after request to desist.<br>Against the Peace, Government, and Dignity of the State. |

Date: 03/10/2022  Time: 1:24 AM
Tracking No. 221001012422

Judicial Officer: _____ 5221



| DISTRICT COURT OF MARYLAND FOR Prince George's County |
| --- |

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 2E00731705



**STATE OF MARYLAND VS. HOBSON, BARRY**
9623 REIKER DR
UPPER MARLBORO, MD 20774-0000

CC#:  SID:
LID:  DL#:
Race: 1  Sex: M  Ht: 5' 6"  Wt:   Hair: BLK  Eyes: BRN
DOB: 04/04/1982  Home phone:   Cellphone:

**Charge | Statute | Arrest**
HARASS; A COURSE OF CONDUCT | CR 3 803 |

☐ COURT ORIGINAL
☐ STATE ATTY COPY
☒ DEFENDANT COPY
☐ FOLDER COPY
☐ COMPLAINANT COPY

## CRIMINAL SUMMONS ON CHARGING DOCUMENT

STATE OF MARYLAND, Prince George's County, to wit:

**To the defendant:**
YOU ARE SUMMONED AND COMMANDED to appear for a Trial/Hearing on a date to be set by the Clerk to answer the charge(s) lodged against you in the charging document attached hereto.

**NOTICE TO DEFENDANT:** If you fail to appear at the place, time and date set forth above, a warrant for your arrest may be issued. If you change your name, address, or telephone number, you must notify the court at the above location prior to the hearing/trial date. To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. **TTY users call Maryland RELAY: 711.** Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

Date: 03/10/2022   Judge/Commissioner/Clerk: _____  ID: 5221
Given to: PRINCE GEORGE'S CO. SHERIFF'S DEPT.

**NOTICE TO OFFICER:** If not served by 04/08/2022, return to the Court.

### ACKNOWLEDGEMENT
I acknowledge receipt of a copy of this Summons and Charging Document and hereby promise to appear in the District Court as directed by the Summons. I understand that acceptance of this Summons is not an admission of guilt but that my failure to appear at the place, time and date herein set forth will result in the issuance of a warrant for my arrest.

Date:_____   Signature of Defendant:_____

### RETURN OF SERVICE

☐ I certify that I delivered a copy of this Summons and Charging Document to the defendant personally at
_____ o'clock ___M. on _____ at _____
                          Date                               Place

☐ I certify that the defendant could not be found.

☐ I certify that I personally attempted to deliver a copy of this Summons and Charging Document to the defendant, but they refused to accept and/or sign a receipt for the document(s).

_____   _____
*Signature of Issuing Officer*   *Officer's Title*

_____
*Printed Name of Officer*

_____   _____
*Date*   *Agency, Sub Agency, I.D.*

DC-CR-005 (Rev. 05/2021)   Tracking No. 221001122101




## DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 2E00731705

**STATE OF MARYLAND** VS. **HOBSON, BARRY**
9623 REIKER DR
UPPER MARLBORO, MD 20774

COMPLAINANT:
LONG, CRYSTAL

CC#: SID:
LID: DL#:
Race: 1  Sex: M  Ht: 5' 6"  Wt:  Hair: BLK  Eyes: BRN
DOB: 04/04/1982  Home phone:  Cellphone:

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF LONG, CRYSTAL IT IS FORMALLY CHARGED THAT HOBSON, BARRY at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|-----|---------|---------|---------|---------------------------|
| 001 | 1 0191 | CR 3 803 | 90 D &/or $500.00 | HARASS; A COURSE OF CONDUCT<br>On or About 03/04/2022<br>9623 REIKER DR, UPPER MARLBORO,<br>PRINCE GEORGE'S COUNTY, MARYLAND 20774<br>... did without a legal purpose, maliciously engage in a course of conduct that seriously annoyed Crystal Long, with intent to harass Crystal Long, after request to desist.<br>Against the Peace, Government, and Dignity of the State. |

Date : 03/10/2022  Time : 2:27 AM
Tracking No. 221001122101

Judicial Officer: _____  5221