# EXHIBIT 6



DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY
COURTHOUSE, 14735 MAIN ST(C) 0502
UPPER MARLBORO MD 20772-3042

CASE NUMBER: 3E00731706

TO: HOBSON, BARRY
9623 REIKER DRIVE
UPPER MARLBORO MD 20774



STATE OF MARYLAND VS. HOBSON, BARRY

N O T I C E

IN ACCORDANCE WITH MARYLAND RULE 4-247, YOU ARE HEREBY NOTIFIED THAT ON MAY 20, 2022, THE STATE'S ATTORNEY ENTERED A NOLLE PROSEQUI ON ONE OR MORE OF THE CHARGES IN THE ABOVE CASE. THAT IS, THE STATE'S ATTORNEY HAS DETERMINED THAT ONE OR MORE OF THE CHARGES WILL NOT BE PROSECUTED. YOU MAY BE ENTITLED TO EXPUNGE THIS RECORD AND ANY DNA SAMPLE AND DNA RECORD RELATING TO THE CHARGE OR CHARGES AGAINST YOU. EFFECTIVE OCTOBER 1, CERTAIN CASES SHALL BE AUTOMATICALLY EXPUNGED AFTER THREE YEARS IF ALL CHARGES RESULTED IN ANY COMBINATION OF ACQUITTAL, DISMISSAL, NOT GUILTY OR NOLLE PROSEQUI, OR YOU MAY FILE FOR EXPUNGEMENT OF THOSE CHARGES WITHIN THREE YEARS UPON COMPLETION OF THE ATTACHED PETITION FOR EXPUNGEMENT OF RECORDS AND GENERAL WAIVER AND RELEASE. TO LEARN MORE ABOUT WHICH CASES MAYBE ELIGIBLE FOR EXPUNGEMENT, SEE EXPUNGEMENT BROCHURE AVAILABLE IN THE CLERK'S OFFICE OR VISIT THE MARYLAND COURTS WEBSITE: HTTPS://WWW.MDCOURTS.GOV/LEGALHELP/EXPUNGEMENT

IF THERE ARE ANY PENDING CHARGES IN THIS CASE, YOU WILL RECEIVE FURTHER NOTIFICATION WHEN A NEW TRIAL/HEARING DATE HAS BEEN SET FOR THE REMAINING CHARGE(S) IN THE ABOVE CASE.

BY: ROBERT PRENDER        DATE: 05/20/22
    (CLERK)
FOR QUESTIONS CONCERNING THIS DOCUMENT TELEPHONE (301) 298-4000.

TTY USERS CALL MARYLAND RELAY SERVICE AT 1-800-735-2258 OR 711.

ANY REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES SHOULD BE REQUESTED BY CONTACTING THE COURT IMMEDIATELY.
**POSSESSION AND USE OF CELL PHONES AND OTHER ELECTRONIC DEVICES MAY BE LIMITED OR PROHIBITED IN DESIGNATED AREAS OF THE COURT FACILITY.**

1100002970
0000297A                N        TRACKING NUMBER: 22-1001-01242-2



DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY
COURTHOUSE, 14735 MAIN ST(C)                                    0502
UPPER MARLBORO    MD 20772-3042

CASE NUMBER: 2E00731705

TO: HOBSON, BARRY
9623 REIKER DR
UPPER MARLBORO    MD 20774



**STATE OF MARYLAND VS. HOBSON, BARRY**

N O T I C E

IN ACCORDANCE WITH MARYLAND RULE 4-247, YOU ARE HEREBY NOTIFIED THAT ON MAY 20, 2022, THE STATE'S ATTORNEY ENTERED A NOLLE PROSEQUI ON ONE OR MORE OF THE CHARGES IN THE ABOVE CASE. THAT IS, THE STATE'S ATTORNEY HAS DETERMINED THAT ONE OR MORE OF THE CHARGES WILL NOT BE PROSECUTED. YOU MAY BE ENTITLED TO EXPUNGE THIS RECORD AND ANY DNA SAMPLE AND DNA RECORD RELATING TO THE CHARGE OR CHARGES AGAINST YOU. EFFECTIVE OCTOBER 1, CERTAIN CASES SHALL BE AUTOMATICALLY EXPUNGED AFTER THREE YEARS IF ALL CHARGES RESULTED IN ANY COMBINATION OF ACQUITTAL, DISMISSAL, NOT GUILTY OR NOLLE PROSEQUI, OR YOU MAY FILE FOR EXPUNGEMENT OF THOSE CHARGES WITHIN THREE YEARS UPON COMPLETION OF THE ATTACHED PETITION FOR EXPUNGEMENT OF RECORDS AND GENERAL WAIVER AND RELEASE. TO LEARN MORE ABOUT WHICH CASES MAYBE ELIGIBLE FOR EXPUNGEMENT, SEE EXPUNGEMENT BROCHURE AVAILABLE IN THE CLERK'S OFFICE OR VISIT THE MARYLAND COURTS WEBSITE:HTTPS://WWW.MDCOURTS.GOV/LEGALHELP/EXPUNGEMENT

IF THERE ARE ANY PENDING CHARGES IN THIS CASE, YOU WILL RECEIVE FURTHER NOTIFICATION WHEN A NEW TRIAL/HEARING DATE HAS BEEN SET FOR THE REMAINING CHARGE(S) IN THE ABOVE CASE.

BY: ROBERT PRENDER          DATE: 05/20/22
    (CLERK)
FOR QUESTIONS CONCERNING THIS DOCUMENT TELEPHONE (301) 298-4000.

TTY USERS CALL MARYLAND RELAY SERVICE AT 1-800-735-2258 OR 711.

ANY REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES SHOULD BE REQUESTED BY CONTACTING THE COURT IMMEDIATELY.
**POSSESSION AND USE OF CELL PHONES AND OTHER ELECTRONIC DEVICES MAY BE LIMITED OR PROHIBITED IN DESIGNATED AREAS OF THE COURT FACILITY.**

1100003000
0000300A             N          TRACKING NUMBER:22-1001-12210-1