# EXHIBIT 7

# Barry Hobson

**From:** Barry Hobson <bchobson82@gmail.com>
**Sent:** Tuesday, December 19, 2023 3:45 PM
**To:** Barry Hobson
**Subject:** Fwd: Your application status at Bradford Place

11/27/2023

Barry Hobson
904 Mourning Dove Cv
Byram, MS 39272-4405, US

Thank you for your recent application. Your request was carefully considered and we regret that we are unable to approve your application at this time for the following reason(s):

Criminal records unsatisfactory

Your application did not pass the pre-approval process. More information may be required. Please contact the Leasing Office.

Our decision was based in whole or in part on information obtained in a report from the consumer reporting agencies listed below. These consumer reporting agencies played no part in our decision and are unable to supply specific reasons for our decision on your application.

You have the right, under the Fair Credit Reporting Act, to know the information contained in your file at the consumer reporting agencies. You also have a right to a free copy of your report from each consumer reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the respective consumer reporting agency.

Equifax
P.O. Box 105873
Atlanta, Georgia 30348
(800) 685-1111

LeasingDesk Screening
2201 Lakeside Blvd.
Richardson, Texas 75082
(866) 934-1124
http://www.realpage.com/consumer-dispute

Please be advised that `Fraud Alert` may mean that you (or your co-applicant, if any) have placed a fraud alert on your credit file and the national credit bureau that reported the information (listed below) has reported this to us. If you

have not requested a fraud alert with the bureau, then there was some discrepancy in the information you provided at the time of application.

If you have a question about this notice or the community's rental standards, please contact the submitting property.

Bradford Place
100 Byram Dr
Byram,MS 39272-9216 ,US

Sincerely,
Bradford Place



Print

☐ Display Disclosures in Report

**California Required Notices**

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in CA Civil Code Section 1786.26.

This report was prepared using software provided by LeasingDesk Screening, which can be contacted at 2201 Lakeside Blvd., Richardson, TX 75082, 1-866-934-1124, or https://www.realpage.com/support/consumer/.

**Avisos obligatorios en el estado de California**

El presente informe no garantiza la exactitud ni la veracidad de la información con respecto al tema de investigación, sino únicamente que es una copia exacta de los registros públicos y es posible que la información generada como consecuencia del robo de identidad, incluidos los registros de antecedentes delictivos, se haya asociado por error con el consumidor objeto del presente informe.

Una agencia de investigación de verificación de crédito proporcionará al consumidor que desee obtener una copia de un informe o que solicite la revisión de un archivo un aviso por escrito en inglés y español, escrito en un lenguaje simple y claro, que establezca los términos y condiciones de su derecho a recibir todas las divulgaciones conforme a la Sección 1786.26 del Código Civil de California.

Este informe se preparó con el software proporcionado pro LeasingDesk Screening, que puede contractarse en 2201 Lakeside Blvd., Richardson, TX 75082, 1-866-934-1124, or https://www.realpage.com/support/consumer/.

**Barry Hobson**

### Application Details

| | | | |
|---|---|---|---|
| Address | 9623 Reiker Dr<br>Upper Marlboro, MD 20774-4723, US | Date/time | 11/28/2023 2:56:48 PM |
| | | RealPage Applicant Screening | (866)934-1124 |
| Previous Address | 904 Mourning Dove Cv<br>Byram, MS 39272-4405, US | Birth date | 4/4/xxxx |
| | | SSN / ITIN | xxx-xx-6392 |
| Gender | Male | | |
| | | Monthly Income | $0.00 |

### Criminal & Other Records

Run date 11/28/2023
**Offender Information**

| ID | Juris code | Name | Birth date | SSN | Photo/Description |
|---|---|---|---|---|---|
| 1 | MDAOC | HOBSON, BARRY | 4/4/xxxx | | SEX: m HEIGHT: 5 ft 6 in RACE_ETHNIC: black |
| 2 | MDAOC | HOBSON, BARRY | 4/4/xxxx | | SEX: m HEIGHT: 5 ft 6 in WEIGHT: 165 RACE_ETHNIC: black |

Offense Information - ID column indicates association between offender and offense

| ID | Jur Code | Disposition | Type/Level | Charges | Record Date | QRIC/County | Note |
|---|---|---|---|---|---|---|---|
| 1 | MDAOC | | | HARASS; A COURSE OF CONDUCT | 03/10/2022 | 02 | Case#2E00731705 | |
| 2 | MDAOC | | | HARASS; A COURSE OF CONDUCT | 03/10/2022 | 02 | Case#3E00731706 | |

**Source and Vendor Information**

| Jur Code | Source | Vendor Information |
|---|---|---|
| MDAOC | Maryland Courts | Genuine Data Services, LLC |

For more information on criminal codes, click here.

| Criminal & Other Records Searched |
|---|
| National Criminal Database |
| National Sex Offender Registry |
| National Wanted Terrorist/Fugitive Database |

## Suits & Judgments for Eviction, Possession and/or Non-Payment of Rent Report
No eviction filings and/or judgments found for this applicant

## Consumer Statement
No Information Found

## LeasingDesk Inquiries
Consumer inquiries over the last 12 months
**Important information**

Criminal Disclosure
Eviction Report

Site ID: 2288394 State: MD App Group ID:366314

# IN THE CIRCUIT COURT FOR
# PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| BARRY HOBSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANSIT EMPLOYEES HEALTH AND )<br>WELFARE FUND, LLC, *et al.* )<br>)<br>Defendants. )<br>) | CASE NO. C-16-CV-24-004974 |

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TRANSIT EMPLOYEES HEALTH AND WELFARE FUND, LLC AND BERTHA VILLATORO TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Md. Rule 1-204(a)(2), Defendants Transit Employees Health and Welfare Fund, LLC and Bertha Villatoro (collectively, the "Moving Defendants"), by and through their undersigned counsel, and with the consent of *pro se* Plaintiff Barry Hobson ("Plaintiff"), respectfully move the Court to extend their time to respond to the First Amended Complaint from December 27, 2024, through and including January 15, 2025. In support of this Motion, the Moving Defendants respectfully state as follows:

1. Plaintiff commenced this action by filing his initial Complaint on October 16, 2024.

2. Plaintiff filed affidavits reflecting that the Moving Defendants were served on October 29, 2024.

3. On November 19, 2024, the Moving Defendants filed a Motion to Dismiss Plaintiff's Complaint with Prejudice.

23109655v3

4. In lieu of responding to the Motion to Dismiss, on December 9, 2024, Plaintiff filed an Amended Complaint, increasing the number of claims asserted and naming the Metropolitan Life Insurance Company as an additional Defendant.

5. The certificate of service appended to the Amended Complaint reflects that Plaintiff served the Moving Defendants with the Amended Complaint by serving undersigned counsel by mail on December 9, 2024.

6. As a result, pursuant to Md. Rules 1-203(c) and 2-341(a), the Moving Defendants' response to the Amended Complaint is currently due by December 27, 2024.

7. The Moving Defendants anticipate again moving to dismiss the Amended Complaint.

8. In light of the fact that Plaintiff's Amended Complaint increases the number of claims asserted, requiring additional work to prepare a motion to dismiss the Amended Complaint, and because a response to Plaintiff's Amended Complaint is otherwise due in the middle of the holiday season, on December 27, 2024, the Moving Defendants respectfully request, and respectfully submit that good cause exists, to extend their time to respond to the Amended Complaint through and including January 15, 2025.

9. On December 12 and 13, 2024, undersigned counsel communicated by email with the *pro se* Plaintiff who authorized undersigned counsel to state that Plaintiff consents to the relief requested by this Motion.

**WHEREFORE**, the Moving Defendants respectfully request that the Court extend their time to respond to the Amended Complaint through and including January 15, 2025.

2

Respectfully submitted,

Dated: December 13, 2024

*/s/ Richard S. Siegel*
Richard S. Siegel (CPF/AIS#0801030033)
SLEVIN & HART, P.C.
1300 Connecticut Ave., N.W., Suite 700
Washington, DC 20036
Telephone: (202) 797-8700
Facsimile: (202) 234-8231
rsiegel@slevinhart.com
*Counsel for the Moving Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I caused a true copy of the foregoing Consent Motion for Extension of Time for Defendants Transit Employees Health and Welfare Fund, LLC and Bertha Villatoro to Respond to Plaintiff's First Amended Complaint and Proposed Order to be served via email and first class mail, postage prepaid, upon the following:

Barry Hobson
9016 Ruby Lockhart Blvd.
Lanham, MD 20706
bchobson82@gmail.com
*Plaintiff*

/s/ *Richard S. Siegel*
Richard S. Siegel (CPF/AIS#0801030033)
SLEVIN & HART, P.C.
1300 Connecticut Ave., N.W., Suite 700
Washington, DC 20036
Telephone: (202) 797-8700
Facsimile: (202) 234-8231
rsiegel@slevinhart.com
*Counsel for the Moving Defendants*

4

23109655v3

IN THE CIRCUIT COURT FOR
PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| BARRY HOBSON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CASE NO. C-16-CV-24-004974 |
| TRANSIT EMPLOYEES HEALTH AND WELFARE FUND, LLC, *et al.* | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

UPON CONSIDERATION of the foregoing Consent Motion for Extension of Time for Defendants Transit Employees Health and Welfare Fund, LLC and Bertha Villatoro to Respond to Plaintiff's First Amended Complaint (the "Consent Motion"), it is this _____ day of _____, 2024 hereby:

**ORDERED** that the Consent Motion is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the time for Defendants Transit Employees Health and Welfare Fund, LLC and Bertha Villatoro to respond to Plaintiff's First Amended Complaint is extended through and including January 15, 2025.

_____
Judge
Circuit Court for Prince George's County

23109668v2