# AMALGAMATED TRANSIT UNION LOCAL 689



2701 Whitney Place, Forestville, Maryland 20747-3457
Telephone 301-568 6899   Facsimile 301-568-0692
www.atulocal689.org

**JACKIE L. JETER**
President

**ESKER BILGEN JR.**
Financial Secretary-Treasurer

**BRENDA THOMAS**
Recording Secretary

**CARROLL F. THOMAS JR.**
1st Vice President

**RAYMOND JACKSON**
2nd Vice President

November 6, 2017

Dear Mr. Hobson,

I am delighted to offer you the position of Executive Assistant to the President. The terms we are prepared to offer are as follows:

- $60,000 per year salary
- Vacation: earn 1/2 day per pay period in year 1 (13 days/year)
- Personal days: 1 per year up to 5 years seniority
- Sick leave: 12 days are available after year 1. You are allowed to use half of them if needed after six months
- Other benefits as listed below
- 90-day probationary period

### Benefits at ATU Local 689

- Health insurance coverage for employee, their spouse and children: Kaiser HMO or BCBS HMO.
- Retirement: 401K (3% of salary matched by employer, with the option to match an additional 2%)
- Dental (orthodontics cost more)
- Optical (partially covered)
- Life insurance
- Disability insurance

Your signature asserts that we are in agreement of these terms.

_Barry Hobson_  11/13/17    _Jackie Jeter_  11/15/2017
Barry Hobson    Date        Jackie Jeter     Date

Affiliated with AFL CIO, MD DC AFL-CIO, VA State AFL-CIO, Canadian Labour Congress, Metropolitan Washington Council AFL-CIO, VA State Legislative Conference Board, ATU Delmarva Joint Service Council





PLAINTIFF'S EXHIBIT 2