IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARRY HOBSON,

    *Plaintiff,*

v.

Transit Employees Health & Welfare Fund, LLC, *et al.*

    *Defendant.*

Case No: 8:25-cv-00146

### DECLARATION OF LINDA MERCER

I, **Linda Mercer**, do solemnly swear under the penalties of perjury and on personal knowledge the the foregoing is true and correct:

1. I am an adult female over eighteen (18) years of age and currently reside in District Heights, Maryland.

2. I was employed with Washington Area Metropolitan Transit Authority (WMATA) from 2002 until 2019, when I retired.

3. I am a current member in good standing with Amalgamated Transit Union, Local 689 since 2002.

4. I met Barry Hobson in November 2017 when he began working for Amalgamated Transit Union, Local 689.

5. At all times relevant to Mr. Hobson's tenure, he never shared with me that he was HIV-positive.

6. I learned of Mr. Hobson's HIV-positive status from Transit Employees' Health and Welfare employee, Bertha Villatoro in Fall of 2019.

PLAINTIFF'S EXHIBIT 3

7. I had no interest nor was it any of my business to know of Mr. Hobson's HIV-positive status.

8. Given the nature of the information and unaware if it was true, I never shared the information regarding Mr. Hobson's HIV-positive status.

9. In August 2023 Mr. Hobson asked me if I was aware of any information that had been leaked about him in an email to the Local 689 Executive Board.

10. I then advised Mr. Hobson; I was aware of the information back in 2019 but had not shared it.

11. After learning of Mr. Hobson's HIV-positive status being a matter of a lawsuit my union was litigating in 2023, without malice, I did share the information with a few union members to get their opinion on how we as a union should address the matter.

**I, Linda Mercer, being dully sworn under oath according to law, declares that the matters stated herein are true and correct to the best of my information, knowledge, and belief.**

*[Signature]*
**Linda Mercer**