IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| BARRY HOBSON, *Plaintiff*, v. Transit Employees Health & Welfare Fund, LLC, *et al. Defendant.* | Case No: 8:25-cv-00146 |

### DECLARATION OF TERRENCE WILSON

I, **Terrence Wilson**, do solemnly swear under the penalties of perjury and on personal knowledge the the foregoing is true and correct:

1. I am an adult male over eighteen (18) years of age and currently reside in Capitol Heights, Maryland.

2. I met Barry Hobson in 2004 and we later became friends.

3. Despite knowing Barry Hobson for over 20-years, he never shared with me that he was positive with HIV.

4. In September 2020, I learned of Barry's HIV-positive status from a friend (has asked to remain anonymous)[1] who works for WMATA and knew Barry from working at his union hall (ATU Local 689).

5. Because I knew Barry to be a true friend, I didn't believe the information and never mentioned nor shared it with anyone.

---

[1] Employee who shared Barry's HIV status remains a management employee of WMATA and a Member of Local 689 and does not want their identity shared for fear of losing his job or union reprimand.



6. Barry called me after a deposition on May 1, 2023 and advised that he needed to tell me something before it got out.

7. I met Barry and his husband later for dinner at Jaspers in Greenbelt, Maryland.

8. Barry detailed his lifelong secret of battling HIV.

9. It was at that time, I advised Barry that I had heard that from a WMATA employee a few years ago but didn't repeat it because as close as we were, I just knew he would have shared it with me if it were in-fact true.

10. Barry explained that despite our close friendship, he had only shared his HIV status with a few of his family members because people were so judgmental and uneducated to many of the facts of HIV.

11. I have never shared Barry's HIV-positive with anyone else outside of conversations he and I have had where he confirmed his status to me in 2023.

**I, Terrence Wilson, being dully sworn under oath according to law, declares that the matters stated herein are true and correct to the best of my information, knowledge, and belief.**

_____
Terrence Wilson