<u>NO HEARINGS/ARGUMENTS SCHEDULED</u> **COPY**

IN THE CIRCUIT COURT
FOR PRINCE GEROGE'S COUNTY MARYLAND

In the matter of:

| | |
|---|---|
| BARRY HOBSON<br>PLAINTIFF,<br><br>v.<br><br>TRANSIT EMPLOYEES HEALTH<br>& WELFARE FUND, LLC. *et. al*<br>DEFENDANTS. | CASE NO. CAL22-16597 |

## PLAINTIFF'S MOTION TO DISMISS

Pursuant To Maryland Rule of Civil Procedure 3-322(b)(2), comes now, Barry Hobson, Platintiff in the above-captioned matter, COMES NOW in motion to dismiss the said case.

*Accordingly,*

1. Plaintiff filed instant action on or around May 27, 2022
2. As of July 5, 2022, all Defendants were properly served
3. July 11, 2022, Defendants counsel entered notice of appearance and joint stipulation to extend time to respond to action.
4. August 8, 2022, Defendants enter Motion to Dismiss.
5. August 19, Plaintiff enters unopposed Motion to Extend Time to Respond to Defendants Motion to Dismiss.

There has been no additional motion(s), brief(s), nor response(s), submitted/given by the respondent and no oral arguments or hearings have been scheduled by the court in the matter.

1


PLAINTIFF'S EXHIBIT 6

Further, Plaintiff, having conferred and cooperated with Local Law Enforcement and The Office of The Inspector General regarding the matters herein this Instant Action, moves to dismiss the case without further briefs, arguments, or further assistance from the court at this time.

**Relief Requested**

6. Plaintiff, Barry Hobson, request that the Court dismiss the said action without prejudice.

Respectfully Submitted,

*[signature]*

Barry Hobson
9623 Reiker Drive
Upper Marlboro, MD 20774
(202) 368.7269
Bchobson82@gmail.com

*Pro Se*

Dated: September 22, 2022

IN THE CIRCUIT COURT
FOR PRINCE GEROGE'S COUNTY MARYLAND

In the matter of:

BARRY HOBSON
PLAINTIFF,

v.

TRANSIT EMPLOYEES HEALTH
& WELFARE FUND, LLC. et. al
DEFENDANTS.

CASE NO. CAL22-16597

## ORDER

Upon consideration of Plaintiff's, Barry Hobson, motion to dismiss, and the record herein, it is this _____ day of October 2022:

**OREDERED** that Plaintiff's Motion to Dismiss is **GRANTED** and the Plaintiff's complaint is hereby Dismissed, without Prejudice.

SO ORDERED.

10/31/2022

Circuit Court for Prince George's County Maryland

Judge Robin D. Gill Bright

Copies to:   Barry Hobson
             *Pro Se*

             Richard Siegel & George Ritchie
             *Counsel for Defendants Transit Employees Health and Welfare et al.*

True Copy Test
Mahasin El Amin, Clerk
#711

**CASE CLOSED STATISTICALLY**