

# DISTRICT COURT OF MARYLAND FOR Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 2E00731705

**STATE OF MARYLAND** VS. **HOBSON, BARRY**
9623 REIKER DR
UPPER MARLBORO, MD 20774-0000

CC#:            SID:
LID:            DL#:
Race: 1   Sex: M   Ht: 5' 6"    Wt:      Hair: BLK   Eyes: BRN
DOB: 04/04/1982   Home phone:       Cellphone:

**Charge | Statute | Arrest**
HARASS; A COURSE OF CONDUCT | CR 3 803 |

**Charge | Statute | Arrest**

[ ] COURT ORIGINAL
[ ] STATE ATTY COPY
[X] DEFENDANT COPY
[ ] FOLDER COPY
[ ] COMPLAINANT COPY

## CRIMINAL SUMMONS ON CHARGING DOCUMENT

STATE OF MARYLAND, Prince George's County, to wit:

**To the defendant:**
YOU ARE SUMMONED AND COMMANDED to appear for a Trial/Hearing on a date to be set by the Clerk to answer the charge(s) lodged against you in the charging document attached hereto.

**NOTICE TO DEFENDANT:** If you fail to appear at the place, time and date set forth above, a warrant for your arrest may be issued. If you change your name, address, or telephone number, you must notify the court at the above location prior to the hearing/trial date. To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. **TTY users call Maryland RELAY: 711.** Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

Date: 03/10/2022      Judge/Commissioner/Clerk: _[signature]_    ID: 5221
Given to: PRINCE GEORGE'S CO. SHERIFF'S DEPT.

**NOTICE TO OFFICER:** If not served by 04/08/2022, return to the Court.

### ACKNOWLEDGEMENT

I acknowledge receipt of a copy of this Summons and Charging Document and hereby promise to appear in the District Court as directed by the Summons. I understand that acceptance of this Summons is not an admission of guilt but that my failure to appear at the place, time and date herein set forth will result in the issuance of a warrant for my arrest.

Date: _____     Signature of Defendant: _____

### RETURN OF SERVICE

[ ] I certify that I delivered a copy of this Summons and Charging Document to the defendant personally at _____ o'clock ___ M. on _____ at _____
                                                Date                            Place
[ ] I certify that the defendant could not be found.
[ ] I certify that I personally attempted to deliver a copy of this Summons and Charging Document to the defendant, but they refused to accept and/or sign a receipt for the document(s).

_____           _____
Signature of Issuing Officer               Officer's Title

_____
Printed Name of Officer

_____           _____
Date                               Agency, Sub Agency, I.D.

DC-CR-005 (Rev. 05/2021)       Tracking No. 221001122101

**PLAINTIFF'S EXHIBIT 7**




# DISTRICT COURT OF MARYLAND FOR Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 2E00731705

**STATE OF MARYLAND** VS. **HOBSON, BARRY**
9623 REIKER DR
UPPER MARLBORO, MD 20774

COMPLAINANT:
LONG, CRYSTAL

CC#:  SID:
LID:  DL#:
Race: 1   Sex: M   Ht: 5' 6"   Wt:   Hair: BLK   Eyes: BRN
DOB: 04/04/1982   Home phone:   Cellphone:

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF LONG, CRYSTAL IT IS FORMALLY CHARGED THAT HOBSON, BARRY at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 1 0191 | CR 3 803 | 90 D &/or $500.00 | HARASS; A COURSE OF CONDUCT<br>On or About 03/04/2022<br>9623 REIKER DR, UPPER MARLBORO,<br>PRINCE GEORGE'S COUNTY, MARYLAND 20774<br>... did without a legal purpose, maliciously engage in a course of conduct that seriously annoyed Crystal Long, with intent to harass Crystal Long, after request to desist.<br>Against the Peace, Government, and Dignity of the State. |

Date: 03/10/2022   Time: 2:27 AM
Tracking No. 221001122101

Judicial Officer: _____ 5221

**DISTRICT COURT OF MARYLAND FOR** _____ (City/County)

LOCATED AT (COURT ADDRESS)

DC Case: 2E00731705

RELATED CASES:

| COMPLAINANT | DEFENDANT |
|---|---|
| Printed Name: Crystal Long | Printed Name: Barry Hobson |
| Address: | Address: 9623 Reiker Drive |
| City, State, Zip: | City, State, Zip: Upper Marlboro MD 20774 |
| Telephone: | Telephone: 202-868-7269 |
| Agency, Sub-agency, and I.D. # (Officer Only) | CC# |

DEFENDANT'S DESCRIPTION: Driver's License # _____ Sex M  Race AA  Ht 5  Wt 6
Hair Black  Eyes Brown  Complexion Medium  Other _____ DOB 4/4/66  ID

### APPLICATION FOR STATEMENT OF CHARGES

Page 1 of ____

(Include a statement of facts within your personal knowledge (what you saw or heard, what someone said to you, etc.) showing that there is probable cause to believe that a crime has been committed and that the defendant has committed it. Please see the "NOTICE TO APPLICANT FOR A CHARGING DOCUMENT" for further information.)

I, the undersigned, apply for a statement of charges, and a summons or warrant which may lead to the arrest of the above named defendant because on or about 3/4/22 at _____ 9623 Reiker Drive, Upper Marlboro, MD 20774, the above named defendant went live on his Facebook Hate blog "639 Truth" where he is content contributor. He has purposefully shared misinformation about the organization for which I work and finances in which I manage. In his video + blog post he encourages his viewers to take action that has resulted in

(Continued on attached ____ pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Date _____  Officer's Signature _____  Printed Name _____

I have read or had read to me and I understand the notice on the back of this form.

Date: 3/10/22

Applicant's Signature: Crystal L____
Printed Name: _____

Subscribed and sworn to before me 3-10-22 at 2:18 ☑ AM ☐ PM
Judge/Commissioner: Travis Reddick   ID Number 522

I understand that a charging document will be issued and that I must appear for trial ☐ on ____ at ____ Time, ☐ when notified by the clerk, at the court location shown at the top of this form.

Applicant's Signature _____

☑ The applicant requests reasonable protection for safety of the alleged victim or the victim's family: _____ (Describe)

☑ I have advised applicant of the right to request shielding.  ☐ The applicant declines shielding.
☐ I declined to issue a charging document because of lack of probable cause.
Date: 3-10-2022   Commissioner: _____  ID Number 522
Printed Name: Travis Reddick

DC-CR-001 (Rev. 10/2020)      Tr.#221001122101



**DISTRICT COURT OF MARYLAND FOR** Upper Marlboro, Prince George's County (City/County)

LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, Maryland 20772

DC Case: 2E00731705

DEFENDANT'S NAME (LAST, FIRST, M.I.)
Hobson, Barry

### APPLICATION FOR STATEMENT OF CHARGES (CONTINUED) Page ____ of ____

other viewers posting statements stating that "our time is up". I have also been subjected to unknown substance being placed on my office door that has made me physically ill. I also found a listening device on our premises, tampering with our security system, disabling our cameras as well as strange men lurking outside our office building when we leave that has made me fear for my safety. His blatant disregard for sharing gossip as truth has put my life & livelihood in jeopardy so that he can gain more viewers for his blog. His obsessive harassment & commitment to sharing these falsehoods can only be motivated by his need for attention, validation and retaliation for being terminated from his position at local 689 in August 2021. I have never met Mr. Hobson however he speaks lies about illegal actions telling his viewers I have taken, which are lies. I was newly hired only a month before he was terminated. He is creating unprecedented damage to my reputation deepening relationship wounds between the organization & its membership for which I was hired to help improve. From his constant behavior I am concerned that he may not be mentally stable and that his continued actions could result in an another attempt on my personal & financial security.

3/7/22
Date

Applicant's Signature
Crystal Loy
Printed Name

DC-CR-001A (Rev. 04/2015)

Tr.#221001122101




## DISTRICT COURT OF MARYLAND FOR Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 3E00731706

**STATE OF MARYLAND** VS. **HOBSON, BARRY**
9623 REIKER DRIVE
UPPER MARLBORO, MD 20774-0000

CC#:    SID:
LID:    DL#:
Race: 1   Sex: M   Ht: 5' 6"   Wt: 165   Hair: BLK   Eyes: BRN
DOB: 04/04/1982   Home phone:    Cellphone:

**Charge | Statute | Arrest**
HARASS; A COURSE OF CONDUCT | CR 3 803 |

[ ] COURT ORIGINAL
[ ] STATE ATTY COPY
[X] DEFENDANT COPY
[ ] FOLDER COPY
[ ] COMPLAINANT COPY

## CRIMINAL SUMMONS ON CHARGING DOCUMENT

STATE OF MARYLAND, Prince George's County, to wit:

**To the defendant:**
YOU ARE SUMMONED AND COMMANDED to appear for a Trial/Hearing on a date to be set by the Clerk to answer the charge(s) lodged against you in the charging document attached hereto.

**NOTICE TO DEFENDANT:** If you fail to appear at the place, time and date set forth above, a warrant for your arrest may be issued. If you change your name, address, or telephone number, you must notify the court at the above location prior to the hearing/trial date. To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. **TTY users call Maryland RELAY: 711.** Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

Date: 03/10/2022    Judge/Commissioner/Clerk: _Tracey Bedsbord_ ID: 5221
Given to: PRINCE GEORGE'S CO. SHERIFF'S DEPT.

**NOTICE TO OFFICER:** If not served by 04/08/2022, return to the Court.

### ACKNOWLEDGEMENT

I acknowledge receipt of a copy of this Summons and Charging Document and hereby promise to appear in the District Court as directed by the Summons. I understand that acceptance of this Summons is not an admission of guilt but that my failure to appear at the place, time and date herein set forth will result in the issuance of a warrant for my arrest.

Date: _____    Signature of Defendant: _____

### RETURN OF SERVICE

☐ I certify that I delivered a copy of this Summons and Charging Document to the defendant personally at
_____ o'clock ___ M. on _____ at _____
                         Date                          Place

☐ I certify that the defendant could not be found.

☐ I certify that I personally attempted to deliver a copy of this Summons and Charging Document to the defendant, but they refused to accept and/or sign a receipt for the document(s).

_____      _____
Signature of Issuing Officer             Officer's Title

_____
Printed Name of Officer

_____      _____
Date                               Agency, Sub Agency, I.D.

DC-CR-005 (Rev. 05/2021)      **Tracking No. 221001012422**




# DISTRICT COURT OF MARYLAND FOR Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 3E00731706

| STATE OF MARYLAND | VS. | HOBSON, BARRY |
|---|---|---|
| COMPLAINANT: | | 9623 REIKER DRIVE |
| JACKSON, TONYA | | UPPER MARLBORO, MD 20774 |

CC#:  SID:
LID:  DL#:
Race: 1   Sex: M   Ht: 5' 6"   Wt: 165   Hair: BLK   Eyes: BRN
DOB: 04/04/1982   Home phone:   Cellphone:

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF JACKSON, TONYA IT IS FORMALLY CHARGED THAT HOBSON, BARRY at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 1 0191 | CR 3 803 | 90 D &/or $500.00 | HARASS; A COURSE OF CONDUCT |
| | | | | On or About 03/05/2022 |
| | | | | 9623 REIKER DR, UPPER MARLBORO, |
| | | | | PRINCE GEROGE'S COUNTY, MARYLAND 20774 |
| | | | | ... did without a legal purpose, maliciously engage in a course of conduct that seriously annoyed Tonya Jackson, with intent to harass Tonya Jackson, after request to desist. |
| | | | | Against the Peace, Government, and Dignity of the State. |

Date: 03/10/2022   Time: 1:24 AM
Tracking No. 221001012422

Judicial Officer: _____ 5221

**DISTRICT COURT OF MARYLAND FOR** _____ (City/County)
LOCATED AT (COURT ADDRESS)                                    RELATED CASES:
                                         DC Case: 3E00731706

| COMPLAINANT | DEFENDANT |
|---|---|
| Printed Name: Tonya Jackson | Printed Name: Barry Hobson |
| Address: | Address: 9623 Reikee Drive |
| City, State, Zip: | City, State, Zip: Upper Marlboro MD 20747 |
| Telephone: | Telephone: |
| Agency, Sub-agency, and I.D. # (Officer Only) | CC# |

DEFENDANT'S DESCRIPTION: Driver's License # _____ Sex M Race AA Ht 5'6" Wt 165
Hair Black Eyes Black Complexion L Other _____ DOB 4/4/82 ID _____

### APPLICATION FOR STATEMENT OF CHARGES    Page 1 of 4

(Include a statement of facts within your personal knowledge (what you saw or heard, what someone said to you, etc.) showing that there is probable cause to believe that a crime has been committed and that the defendant has committed it. Please see the "NOTICE TO APPLICANT FOR A CHARGING DOCUMENT" for further information.)

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the above named defendant because on or about **3/5/2022** at **9623 Reikee Drive, Upper Marlboro MD 20747**, the above named defendant

incited Facebook viewers, supporters, and/or members of the local 689 union to harrass, intimidate, and provide aggression towards me. Barry Hobson stated numerous lies about me. He presented the lies as truths. He stated that I was

(Continued on attached _____ pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Date: 3/9/2022

Officer's Signature: _____
Printed Name: _____

I have read or had read to me and I understand the notice on the back of this form.
Date: 3/9/2022
Applicant's Signature: Tonya Jack
Printed Name: Tonya Jackson

Subscribed and sworn to before me **3-10-2022** at **11:20** ☑ AM ☐ PM
Judge/Commissioner: Travis Reddick   ID Number: 5221

I understand that a charging document will be issued and that I must appear for trial ☐ on _____ Date
at _____ Time, ☐ when notified by the clerk, at the court location shown at the top of this form.
Applicant's Signature: Tonya Jac

☑ The applicant requests reasonable protection for safety of the alleged victim or the victim's family: (Describe)

☑ I have advised applicant of the right to request shielding.    ☐ The applicant declines shielding.
☐ I declined to issue a charging document because of lack of probable cause.
Date: 3-10-2022
Commissioner: Travis Reddick   ID Number: 5221
Printed Name: Travis Reddick

DC-CR-001 (Rev. 10/2020)        Tr.#221001012422



**DISTRICT COURT OF MARYLAND FOR** Upper Marlboro, Prince George's County (City/County)
LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, Maryland 20772

DC Case: 3E00731706

DEFENDANT'S NAME (LAST, FIRST, M.I.)

Hobson, Barry

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page 2 of 4

running a ponzi scheme and stealing money. ==I have never met Barry Hobson.== I am unsure as to why he is using this "hate blog" to tarnish my reputation. However, his action has put my safety at risk. On Monday, 3 days after his most recent hate blog about me; upon leaving work an unknown man dressed in black with a beige backpack was at my car waiting. Luckily, the ~~house~~[TJ] cleaning service company was in close proximity and was able to hear me call his name for assistance. The man went away after he saw I had assistance. Also, during Barry Hobson's live on the hate blog people were commenting & inquiring about my date of birth, where I live, if I was married, & other identifying information. Barry continous & harrassment has made me fear for my life. On or about 2/14/22 - Barry Hobson conducted a Blog & posted my salary. On 3/5/2022 (or about) He screened shot my Linkedin and posted to his hate blog. ~~His action~~ Immediately following his hate blog, my

3/9/2022
Date

Tonya Jackson
Applicant's Signature

Tonya Jackson
Printed Name

DC-CR-001A (Rev. 04/2015)

Tr.#221001012422



**DISTRICT COURT OF MARYLAND FOR** Upper Marlboro, Prince George's County (City/County)

LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, Maryland 20772

DC Case: 3E00731706

DEFENDANT'S NAME (LAST, FIRST, M.I.)

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page 3 of 4

Facebook account was hacked. The next day someone had entered our office and put strange markings on every door within my work office. Also, that day a "Listening Device" was Found in my office. The strange markings was an unknown potentially harmful substance. ~~This a~~ These acts & Barry continuous rhetoric has placed me, my family, & my collegues safety at risk. This is extremely concerning because <mark>I have never met Barry</mark>. This is extremely concerning because Barry is presenting his falsehoods, lies, and misrepresentation of me as the truth. This is making his viewers, supporters, and/or him act out in a way that is extremely intimidating. His behavior ~~and because he is~~ also has my underage daughters are concern and scared.

3/9/2022
Date

Tonya Jackson
Applicant's Signature

Tonya Jackson
Printed Name

DC-CR-001A (Rev. 04/2015)

Tr.#221001012422 



**DISTRICT COURT OF MARYLAND FOR** Upper Marlboro, Prince George's County (City/County)
LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, Maryland 20772

DC Case : 3E00731706

DEFENDANT'S NAME (LAST, FIRST, M.I.)
Hobson Barry

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)** Page 4 of 4

I do not know Barry Hobson. However, I do know that he is an ex-employee to the Local 1689 union. I was hired as the Executive Director for Transit Employees' Health and Welfare Plan on 12/6/2022. I was contacted by telephone on I found out that Barry Hobson was posting about me via his hate blog from my staff Donna Jeffries on 1/4/2022. She informed me that this was a blog dedicated to spreading lies about anyone Barry Hobson had a vendetta against and unfortunately "I was his next victim". Since Barry's orginial post on 1/4/2022, he has posted on his hate blog about me about 10-15 times (which is extremely excessive and shows his obsession and he does not know me and have never personally met me.

1/9/2022
Date

Tonya Jackson
Applicant's Signature

Tonya Jackson
Printed Name

DC-CR-001A (Rev. 04/2015)

Tr.#221001012422