# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

BARRY HOBSON,

     *Plaintiff,*

    v.

Transit Employees Health & Welfare
Fund, LLC, *et al.*

     *Defendant.*

Case No: **8:25-cv-00146-PX**

## AFFIDAVIT OF BARRY HOBSON

I, **Barry Hobson**, do solemnly sear under the penalties of perjury and on personal knowledge the the foregoing is true and correct:

1. I am an adult male over eighteen (18) years of age and currently reside in Lanham, Maryland.

2. I was employed with Amalgamated Transit Union, Local 689 from November 2017 until August 2021.

3. At all times relevant to my tenure with Amalgamated Transit Union, Local 689, I was an individual with a disability, HIV Infection.

4. While employed with Amalgamated Transit Union, Local 689, I never shared my HIV-positive status and never intended for my employer and co-workers to know of my HIV-positive status.

5. While employed with Amalgamated Transit Union, Local 689 I never shared my HIV-positive status with Bertha Villatoro.



6.  On November 2018, during open enrollment, my husband and I signed an application for insurance through MetLife by way of Transit Employees Health and Welfare.

7.  After reading such form, I understood to be entering into an agreement or implied contract with all Defendants to have my personal health information private in exchange for premiums to MetLife.

8.  I **never** authorized Transit Employees Health and Welfare, Bertha Villatoro, nor MetLife to disclose my personal information after agreeing to terms it would not be unless permitted by law or my authorization.

9.  On January 30, 2025 I met with former Executive Director Tonya Jackson and Jackson advised me the following:

    a.  Offered her apologies for maliciously prosecuting me

    b.  Explained in detail that the prosecution was motivated by retaliation in defense of Raymond Jackson by his girlfriend Bertha Villatoro

    c.  Confirmed that Transit Employees' Health and Welfare paid all legal expenses for legal matters regarding the malicious prosecution

    d.  Confirmed that she "absolutely was acting as Executive Director" when she went and filed charges against me in 2022"

    e.  Admitted that she did not know me and only knew what was told to her by Bertha Villatoro.

10. On November 16, 2024 I saw Transit Employees' Health and Welfare Trustee Keith Bullock at a social event.

11. Trustee Bullock, in discussion about my intent to litigate against Transit Employees' Health and Welfare advised the following:

a. "Tonya Jackson tried to tell them there was a problem with them going into your records"

b. "They were totally wrong for going into your records and putting your business out like that".

12. On December 3, 2024, I spoke with for Acting Director of Transit Employees' Health and Welfare, Sonja Jones.

13. Sonja confirmed that the insurance documents bearing my personal information was lock in desk drawer when she went out on leave.

14. Sonja confirmed what I already knew, the agreement with MetLife explicitly gave authorization and underwriting authority to James McGee and herself for privacy reason as codified in the contract between TEHW and MetLife.

15. Sonja detailed that no other staff was supposed to have access that the PHI included within the MetLife applications.

**Malicious Prosecution**

16. I never met Tonya Jackson nor Crystal Long prior to a March 11, 2022 zoom hearing where they had filed charges against me.

17. I had never spoken to not been contacted by Tonya Jackson nor Crystal Long in my entire life prior to March 11, 2022.

18. In an effort to attain how criminal harassment charges were assessed, I visited the courthouse in Upper Marlboro to review the actual file.

19. Included in the file is an "additional information sheet" and that sheet asks, "have you asked suspect to stop harassing you?"

20. Both Tonya Jackson and Crystal Long checked the box indicating "**YES**" despite admitting in their charging documents and Court appearance they had never met me before.

21. I specifically asked Tonya Jackson "Why did you file the charges against me" she stated, "Because of what I know now to be lies that Bertha Villatoro told to me".

**I, Barry Hobson, being dully sworn under oath according to law, declares that the matters stated herein are true and correct to the best of my information, knowledge, and belief.**

Barry Hobson

SUBSCRIBED AND SWORN to before me this _17_ day of _March_ 2025.

(SEAL)

Notary Public

My Commission Expires: 3-17-2029

CHARLES EVERETT REID
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
MY COMMISSION EXP. MARCH 17, 2029