

## AISHA N. BRAVEBOY
State's Attorney for Prince George's County
14735 Main Street, Suite M3403
Upper Marlboro, Maryland 20772
301-952-3500

IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

STATE OF MARYLAND           :

v.                          :Criminal Number: 3E00731706

Hobson, Barry               :

### LINE

MADAM CLERK:

Please place the above-captioned matter on the motions docket at your earliest convenience to be entered *nolle prosequi* because the complainant failed to appear to screen this case.

Sincerely,
Aisha N. Braveboy
State's Attorney for
Prince George's County, Maryland

By: _____
Assistant State's Attorney
Prince George's County, Maryland

2022 APR 26 A 11: 51

YOU ARE HEREBY DIRECTED TO DESTROY THIS COPY WITHIN THIRTY DAYS FROM DATE OF [illegible]

**PLEASE RECALL ANY AND ALL WARRANTS IN THIS MATTER*



PLAINTIFF'S EXHIBIT 10A