Page: 1  Date: 05/20/2022
Room: 3  Time: 11:33 AM



Case No. 3E00731706



# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

Located at COURTHOUSE, 14735 MAIN ST., UPPER MARLBORO, MD 20772

## STATE OF MARYLAND VS. HOBSON, BARRY

9623 REIKER DRIVE
UPPER MARLBORO MD 207740000

| CC #: | State ID: | LocID: |
|---|---|---|
| Eyes: BRN  Hair: BL | Height: 5'06" | Weight: 165 lb. |
| Race: 1  Sex: M | DOB: 04/04/1982 | DL #: |

## DEFENDANT TRIAL SUMMARY

The above case was heard today, 05/20/2022 by Judge BRIAN CHARLES DENTON
The Court's finding is as follows:

001 HARASS; A COURSE OF CONDUCT
Plea - OTHER PLEA   Verdict - NOLLE PROSEQUI

If you have been convicted of, pled guilty to, or received probation before judgment for a crime, it may be unlawful for you to possess or purchase a firearm, including a rifle, shotgun, pistol, revolver, or ammunition, pursuant to state and/or federal law. If you have any questions about whether it is now illegal for you to possess or purchase a firearm, you should immediately consult an attorney. For additional information about these prohibitions or the surrender of firearms (even if you are currently incarcerated), please consult http://www.marylandattorneygeneral.gov/Forms/Form_77R_gun_questions.pdf or contact Maryland State Police at: 1-410-653-4500.

You may be entitled to expunge this record and any DNA sample and DNA record relating to the charge or charges against you. Effective October 1, 2021, certain cases shall be automatically expunged after three years if all charges resulted in any combination of acquittal, dismissal, not guilty or nolle prosequi, or you may file for expungement of those charges within three years upon completion of the attached Petition for Expungement of Records and General Waiver and Release. To learn more about which cases may be eligible for expungement, see the Expungement Brochure available in the Clerk's office or visit the Maryland Courts website: www.mdcourts.gov/legalhelp/expungement

05/20/2022   Defendant_____   (HOBSON, BARRY)

Tracking No. 221001012422



True Copy
Administrative Clerk
By: K   Date: 3-6-25

YOU ARE HEREBY DIRECTED TO DESTROY THIS COPY WITHIN THIRTY DAYS FROM DATE OF ISSUE

COPY OF PUBLIC



PLAINTIFF'S EXHIBIT 10B